UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| KENNETH R. WALTON, | No. 07-15495 |
| Plaintiff - Appellant, | D.C. No. CV-06-01967-LKK |
| v. | |
| JAMES TILTON, Secretary of California Department of Corrections and rehabilitation; et al., | **ORDER** |
| Defendant - Appellee. | |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _For the reasons set forth in the Findings & Recommendation_

_____

_____(signature)_____
Judge
United States District Court

Date: 5/4/07